NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DANIEL G. DURAIN,                          )
                                           )
            Appellant,                     )
                                           )
v.                                         )        Case No. 2D18-1654
                                           )
STATE OF FLORIDA,                          )
                                           )
            Appellee.                      )
                                           )
_____    )

Opinion filed March 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County; John E. Duryea, Jr., Judge.

Daniel G. Durain, pro se.


PER CURIAM.


            Affirmed.



LaROSE, C.J., and SILBERMAN and ATKINSON, JJ., Concur.